# MAHONEY & KEANE, LLP

*Attorneys at Law*
*40 Worth Street - Sixth Floor*
*New York, New York 10013*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*gwolfson@mahoneykeane.com*

Edward A. Keane*
Garth S. Wolfson*
_____
Of Counsel
Stephen J. Murray+

*Also admitted in NJ
+Also admitted in CT

Connecticut Office
_____
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

October 27, 2021

**VIA ECF**

Hon. Lorna G. Schofield
United State District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

> Application **GRANTED**. The initial pre-trial conference scheduled for November 4, 2021, is **ADJOURNED** to **December 2, 2021, at 10:30 a.m.** The parties' deadline to file the joint letter and proposed CMP (Dkt. 6) is **ADJOURNED** to **November 25, 2021.**
>
> So Ordered.   Dated:  October 28, 2021
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  **Case No. 21 Civ. 07357 (LGS)**
     Orient Express Container Co.,
     Ltd. v. Double Ace Cargo Inc.
     **REQUEST FOR ADJOURNMENT**
     **Our File No. 12/4508**

Honorable Madam,

   We represent the Plaintiff, ORIENT EXPRESS CONTAINER CO., LTD. ("OEC"), in the above-referenced action, wherein a telephonic initial case management conference has been scheduled for November 4, 2021, and write to request a 30-day adjournment of the conference. No prior request has been made, and the Defendant, DOUBLE ACE CARGO INC. ("DOUBLE ACE"), consents to the application.

   After service was accomplished, the undersigned was approached by DOUBLE ACE's Miami counsel, reading in copy, and the parties have since begun informal document exchanges and discussions to ascertain if, perhaps, the claim can be resolved before DOUBLE ACE is constrained to retain local counsel to respond to OEC's complaint. We are cautiously optimistic we should be able to reach that determination within the next 30 days.

   We thank the Court for its consideration.

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP
                         By:  s/ Garth S. Wolfson
                              Garth S. Wolfson

- 2 -

cc (via e-mail):

    Gerson M. Joseph, P.A.
    2634 Oakmont
    Weston, Florida 33332
    gmj1@bellsouth.net